UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:26-cv-00180

FLYLAND DESIGNS, INC,

    Plaintiff,

v.

ORANT NEON, LLC,

    Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff FLYLAND DESIGNS, INC by and through its undersigned counsel, brings this Complaint against Defendant ORANT NEON, LLC for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff FLYLAND DESIGNS, INC ("Flyland") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Flyland's original copyrighted Works of authorship.

2. Flyland is a Pennsylvania-based graphic artist studio founded in 2006 by Brian Allen ("Allen"). Allen is a freelance artist, illustrator and creative director who has worked with a variety of brands such as Activision, Marvel, Adult Swim, Metallica, Hulk Hogan, Chick-Fil-A, Harley Davidson, Hard Rock Cafe, MTV, and many more. Allen is most recently known for his work designing Gritty, the

Philadelphia Flyers mascot that became an internet phenomenon. Allen creates artworks for advertising agencies, music bands, apparel companies, restaurants, motorcycle graphic distributors, packaging design firms, start-ups, magazines, and publishers. Flyland operates as the exclusive licensor of Allen's artwork.

3. Defendant ORANT NEON, LLC ("Orant") is a custom unique neon sign company. At all times relevant herein, Orant owned and operated the internet website located at the URL https://orantneon.com/ (the "Website"), the Facebook page https://www.facebook.com/orantneonllc (the "Facebook page") and the YouTube channel https://www.youtube.com/@OrantNeonOfficial (the "YouTube channel").

4. Flyland alleges that Orant copied Flyland's copyrighted Works from the internet in order to manufacture and sell products and advertise, market and promote its business activities. Orant committed the violations alleged in connection with its business for purposes of advertising and promoting sales of neon-style signs to the public in the course and scope of the Orant's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Orant is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Orant

engaged in infringement in this district, Orant was organized in and resides in this district, and Orant is subject to personal jurisdiction in this district.

## DEFENDANT

9.  Orant Neon, LLC is a Florida Limited Liability Company, listing its principal place of business at 7901 4th Street N, Suite 300, St. Petersburg, FL 33702, and can be served by serving its Registered Agent, Northwest Registered Agent LLC, at the same address.

## THE COPYRIGHTED WORKS AT ISSUE

10. The below table details the Copyright Titles, Registration Numbers and Registration Issue Dates of the works of intellectual property at issue in this case, one of which is shown below, and which are referred to herein as the "Works." Copies of the Works are attached hereto as **Exhibit 1**. Copies of the Registration Certificates are attached hereto as **Exhibit 2**.

| Title | Works | Registration Date | Registration Number |
|---|---|---|---|
| Eagle and Flag | [image of eagle with American flag, signed Brian Allen] | April 12, 2018 | VA 2-105-725 |

| <u>Title</u> | <u>Works</u> | <u>Registration Date</u> | <u>Registration Number</u> |
|---|---|---|---|
| Eagle and Guns | | July 28, 2023 | VA 2-366-035 |
| Love it or Leave it | | April 13, 2022 | VA 2-299-676 |
| Purple Heart Eagle and Flag | | April 13, 2022 | VA 2-299-680 |

| Title | Works | Registration Date | Registration Number |
|---|---|---|---|
| Eagle Holding Flag | | July 31, 2023 | VA 2-366-098 |

11. Allen registered the Works with the Register of Copyrights on April 12, 2018, July 28, 2023, April 13, 2022, April 13, 2022 and July 31, 2023, and was assigned registration numbers VA 2-105-725, VA 2-366-035, VA 2-299-676, VA 2-299-680 and VA 2-366-098. The Certificates of Registration are attached hereto as **Exhibit 2**.

12. At all relevant times Allen was the owner of the copyrighted Works and Flyland was the exclusive licensor thereof. A true and correct copy of the Exclusive License Agreement for the artwork of Brian Allen is attached hereto as **Exhibit 3**.

### INFRINGEMENT BY ORANT

13. Orant has never been licensed to use the Works for any purpose.

14. On a date after the Works at issue in this action were created, but prior to the filing of this action, Orant copied the Works.

15. On or about June 26, 2024, Flyland discovered the unauthorized use of its Works on the Website, Facebook page and YouTube channel, at the following URLs:

- https://orantneon.com/products/american-eagle-flag-led-neon-sign
- https://orantneon.com/cdn/shop/files/noled2_a374ca6a-bd11-4d28-945a-7cb743ef6644_700x.jpg?v=1698487740
- https://orantneon.com/products/copy-of-patriotic-eagle-us-flag
- https://orantneon.com/cdn/shop/files/noled_700x.jpg?v=1698486199
- https://orantneon.com/products/copy-of-american-bald-eagle-american-flag
- https://orantneon.com/cdn/shop/files/noled2_96dab85b-6df6-4fff-bf64-ee650d8b8551_700x.jpg?v=1698488758
- https://orantneon.com/products/copy-of-these-colors-dont-run-patriotic-eagle-us-flag
- https://orantneon.com/cdn/shop/files/noled2_c9063ad4-9952-4c84-a92e-3ec6008a363d_700x.jpg?v=1698488537
- https://orantneon.com/products/copy-of-patriotic-eagle-and-guns-us-flag
- https://orantneon.com/cdn/shop/files/noled2_9ebbdbc5-0ae7-4987-b81e-e3067eb178b0_700x.jpg?v=1698488656
- https://www.facebook.com/photo.php?fbid=310970181698327&set=pb.100083560413193.-2207520000&type=3

- https://www.facebook.com/photo.php?fbid=310429828419029&set=pb.100083560413193.-2207520000&type=3
- https://www.facebook.com/photo/?fbid=311990004929678&set=pb.100083560413193.-2207520000
- https://www.youtube.com/watch?v=WmOsIqGFrYc
- https://www.facebook.com/watch/?v=330182129936079

16. Orant copied Flyland's copyrighted Works without Flyland's permission.

17. After Orant copied the Works, it made further copies and distributed the Works on the internet to promote the sale of goods and services as part of its regular business activities.

18. Orant copied and distributed Flyland's copyrighted Works in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. Orant committed copyright infringement of the Works as evidenced by the documents attached hereto as **Exhibit 4**.

20. Flyland never gave Orant permission or authority to copy, distribute or display the Works for any purpose.

21. Flyland notified Orant of the allegations set forth herein on July 10, 2025 and August 13, 2025. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

22. Flyland incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Flyland holds exclusive rights in valid copyrights in the Works.

24. Allen registered the Works with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. Orant copied, displayed, and distributed the Works and made derivative products from the Works without Flyland's authorization in violation of 17 U.S.C. § 501.

26. Orant performed the acts alleged in the course and scope of its business activities.

27. Defendant's acts were willful.

28. Flyland has been damaged.

29. The harm caused to Flyland has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

30. Flyland incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

31. At the time Orant accessed, copied, and reproduced the Works, the Works contained copyright management information ("CMI") within the meaning of 17 U.S.C. § 1202(c), including but not limited to Plaintiff's name, "Flyland Designs," the name of the artist and Flyland's founder, "Brian Allen," copyright

notices, and other identifying information embedded in or displayed on the Works. Specifically, the Works bore a visible watermark stating "Brian Allen FlylandDesigns.com Copyright ©," which appeared directly on the face of the images and identified the author, copyright owner, and source of the Works, as reflected in Exhibit 1 attached hereto.

32. Defendant knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the works at issue in this action in violation of 17 U.S.C. § 1202(b).

33. A comparison of Plaintiff's Works and infringements by Defendant where Plaintiff's CMI is removed is attached hereto as **Exhibit 5**.

34. Defendant committed these acts knowing or having reasonable grounds to know that they would induce, enable, facilitate or conceal infringement of Plaintiff's rights in the Works.

35. Defendant caused, directed and authorized others to commit these acts knowing or having reasonable grounds to know that it would induce, enable, facilitate or conceal infringement of Plaintiff's rights in the Works.

36. Defendant's acts were willful.

37. Flyland has been damaged.

38. The harm caused to Flyland has been irreparable.

WHEREFORE, Plaintiff FLYLAND DESIGNS, INC prays for judgment against Defendant ORANT NEON, LLC that:

      a.      Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501 and 1202;

      b.      Defendant be required to pay Flyland its actual damages and Defendant's profits attributable to the infringement, or, at Flyland's election, statutory damages, as provided in 17 U.S.C. §§ 504 and 1203;

      c.      Flyland be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

      d.      Flyland be awarded pre- and post-judgment interest; and

      e.      Flyland be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Flyland hereby demands a trial by jury of all issues so triable.

Dated: January 22, 2026                Respectfully submitted,

                                        */s/ Sanje V. Lara*
                                        SANJE V. LARA
                                        Florida Bar Number: 1031680
                                        sanje.lara@sriplaw.com
                                        JOEL B. ROTHMAN
                                        Florida Bar Number: 98220
                                        Joel.rothman@sriplaw.com

                                        **SRIPLAW, P. A.**
                                        21301 Powerline Road
                                        Suite 100
                                        Boca Raton, FL 33433

561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Flyland Designs, Inc*