**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FLYLAND DESIGNS, INC.,

Plaintiff,

v. Case No. 8:26-cv-180-KKM-GDP

ORANT NEON, LLC,

Defendant.

---

**ORDER**

The United States Magistrate Judge recommends granting Flyland Designs's motion for default judgment against Orant Neon. (Docs. 18, 19). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation.

After conducting a review of the findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-*

*Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. Of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Magistrate Judge's Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 19) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Motion for Default Judgment (Doc. 18) is **GRANTED**.

3. The Clerk is directed to **ENTER JUDGMENT**, which shall read: "Judgment is entered in favor of Flyland Designs, Inc., and against Orant Neon, LLC, in the amount of $150,000. Flyland Designs is awarded attorney's fees in the amount of $4,500; and costs in the amount of $470, upon the filing of a bill of costs. Orant Neon, its officers, agents, servants, employees, attorneys, and all those in active concert or participation with Orant Neon, are permanently enjoined from (a) directly or indirectly infringing Flyland Designs's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from Flyland Designs's copyright illustrations or to participate or assist in any such

activity; and (b) directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted illustration owned by Flyland Designs."

4. The Clerk is directed to **CLOSE** this case and **TERMINATE** any pending motions or deadlines.

**ORDERED** in Tampa, Florida, August 24, 2026.

Kathryn Kimball Mizelle
United States District Judge